# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Charles Lafever, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.1-15-cv-5 |
| Aaron Mullins, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the parties' Stipulation to Amend Scheduling /Discovery Plan (Docket No. 25), wherein the parties seek the court's leave to extend various deadlines set forth in the court's Scheduling Order. (Docket No. 17). The parties' stipulation is, in essence, a reformatted version of the court's prior order with some, but not all, dates changed. The court **ADOPTS** the parties' stipulation, in part. The following deadlines are amended:

1. The parties shall have until July 17, 2017 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs will designate experts on or before July 17, 2017.

    b. Defendants will designate experts on or before August 15, 2017.

3. The parties shall have until October 2, 2017 to complete discovery depositions of experts witnesses.

4. The parties shall have until August 1, 2017 to file other dispostive motions.

All other deadlines set forth in the prior scheduling/discovery order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2016.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court