# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Charles Lafever, Jr., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-15-cv-5 |
| Aaron Mullins, | ) | |
| Defendant. | ) | |

Before the court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 27). The court **ADOPTS** the stipulation and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(iii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2017.

>/s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court